United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSCME LOCAL 4911,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RURAL METRO CORPORATION INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-04997-RS<br><br>**ORDER CONTINUING HEARING DATE AND DENYING AS MOOT MOTION FOR ADMINISTRATIVE RELIEF** |

The hearing on plaintiff's motion to confirm arbitration award is continued to January 14, 2016 at 1:30 PM in Courtroom 3, 17th Floor, San Francisco.  Defendant's opposition to that motion shall be filed on or before December 10, 2015.  Defendant's motion to dismiss for insufficient service of process, if any, shall be filed on or before December 7th, 2015, and, if filed, will be heard concurrently with plaintiff's motion to confirm arbitration award.  The parties may submit a stipulated alternative schedule for the Court's consideration if they jointly elect to do so.  Defendant's motion for administrative relief is denied as moot.

**IT IS SO ORDERED**.

Dated: December 1, 2015

_____
RICHARD SEEBORG
United States District Judge