DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: drosenfeld@unioncounsel.net

Attorneys for Petitioner, AFSCME Local 4911

L. BRENT GARRETT (CA SBN 225192)
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152
E-Mail: bgarrett@laborlawyers.com

JUAN C. ARANEDA (CA SBN 213041)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
E-Mail: jaraneda@laborlawyers.com

Attorneys for Respondent,
RURAL-METRO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AFSCME Local 4911,<br><br>            Petitioner,<br><br>vs.<br><br>RURAL-METRO CORP.,<br><br>           Respondent. | Case No.: 3:15-cv-04997-RS<br><br>[~~PROPOSED~~] ORDER CONFIRMING ARBITRATION AWARD; AND JUDGMENT<br><br>Courtroom: 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

**ORDER CONFIRMING ARBITRATION AWARD**

The Court has carefully and considered the Petition to Confirm Arbitration Award (the "Petition") of Petitioner AFSCME Local 4911 ("Local 4911"), all papers filed in support of the Petition, and, the Stipulation For Entry Of An Order Confirming Arbitration Award And For Entry Of Order Thereon between Local 4911 and Respondent Rural-Metro Corporation ("Rural-Metro"). Good cause appearing therefore, the Court finds an orders as follows:

1. Local 4911 is a labor organization within the meaning of 29 U.S.C. §152, and organized for the purpose of representing its members in the terms and conditions of their employment.

2. Rural-Metro is an employer within the meaning of 29 U.S.C. §152 and does business within this judicial district.

3. The jurisdiction of this Court is based upon 29 U.S.C. §185, and 28 U.S.C. §1331 and §1337, in that the Petition of Local 4911 seeks to confirm an arbitration award of a labor dispute arising under a Collective bargaining Agreement.

4. A Collective Bargaining Agreement existed at all times relevant between Local 4911 and Rural-Metro which contains a provision for final and binding arbitration.

5. In February 2014, a dispute arose between Local 4911 and Rural-Metro concerning the discharge of 26 employees and the discipline of an additional 107 employees (the "Dispute").

6. Under the terms of the Collective bargaining Agreement, Local 4911 and Rural-Metro referred the dispute to Arbitrator Robert Hirsch for a final and binding decision. Based upon the agreement of the parties, the matter was duly submitted to Arbitrator Hirsch for his Decision after hearing and written briefs.

7. On September 22, 2015, Arbitrator Hirsch issued his Decision and Award, attached as Exhibit B to the Petition.

8. On October 30, 2015, Local 4911 filed its Petition to confirm the Decision and Award of Arbitrator Hirsch (Dkt No. 1).

9. On or about November 4, 2015, Local 4911 filed a Motion to Confirm Arbitration Award (the "Motion") (Dkt No. 7).

10. By stipulation dated December 15, 2015, between Local 4911 and Rural-Metro, Local 4911 has waived its requests for costs and attorneys' fees in connection with its filing of the Petition and Motion, and Rural-Metro has consented to this Court's jurisdiction and does not oppose the Petition or Motion.

Accordingly, IT IS HEREBY ORDERED as follows:

Final judgment shall be entered in favor of Local 4911, as follows:

1. The September 22, 2015 Decision and Award rendered by Arbitrator Robert Hirsch is hereby confirmed.

2. Local 4911 and Rural-Metro shall each bear their own fees and costs in this court action.

The Judgment set forth below be entered.

IT IS SO ORDERED.

DATED: 12/16/15

_____
United States District Judge
Honorable Richard Seeborg

# JUDGMENT

IT IS HEREBY ADJUDGED, ORDERED and DECREED as follows:

Judgement is hereby entered in favor of Petitioner AFSCME Local 4911, as follows:

1. The September 22, 2015 Decision and Award rendered by Arbitrator Robert Hirsch is hereby confirmed.

2. Petitioner AFSCME Local 4911 and Respondent Rural-Metro Corporation shall each bear their own fees and costs in this court action.

DATED: 12/16/15

_____
United States District Judge
Honorable Richard Seeborg

ORDER CONFIRMING ARBITRATION AWARD; AND JUDGMENT                3